IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTOPHER J. SINGLEMAN, | |
| Petitioner, | CIVIL ACTION NO.: 2:22-cv-91 |
| v. | |
| WARDEN, FCI JESUP, | |
| Respondent. | |

**O R D E R**

Presently before the Court is Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, which the District Court for the Western District of Wisconsin transferred to this Court. Docs. 1, 3, 4. Petitioner did not submit his filing on a § 2241 form; instead, his filing is completely handwritten. Doc. 1. The Court **DIRECTS** the Clerk of Court to mail to Petitioner, at his last known address, a blank copy of a 28 U.S.C. § 2241 form. The Court advises Petitioner he is to answer all questions on this form fully and truthfully and is to re-submit his Petition using the Court-provided form within 14 days of this Order. Petitioner's failure to do so may result in the dismissal of this action for failure to follow a Court Order.

**SO ORDERED**, this 23rd day of September, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA