# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTOPHER J. SINGLEMAN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-91 |
| v. | * | |
| WARDEN, FCI JESUP, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Christopher Singleman ("Singleman") did not file Objections to this Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES** Singleman's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, as amended, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Singleman *in forma pauperis* status on appeal.

SO ORDERED, this 19 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA